**A&M PROFESSIONAL SECURITY CONSULTING CORP.**
237 WEST 35TH STREET, SUITE 505
NEW YORK NY 10001-1905

**12701**

### Agbai, Richard

| | |
|---|---|
| Check Date | 10/03/2014 |
| Check Number | 12701 |
| Period Begin | 09/14/2014 |
| Period End | 09/27/2014 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| SS Number | XXX-XX-5756 |
| Status | Single |
| Allowances | 1 |
| Pay Rate | 20.000 |
| OT Rate | 30.000 |

| | |
|---|---|
| Regular Hours | 80.00 |
| OT Hours | 0.00 |
| Regular Pay | 1600.00 |
| OT Pay | 0.00 |
| Other Inc1 | 320.00 |

| | |
|---|---|
| Total Ded | 556.48 |

| | CURRENT | YEAR |
|---|---|---|
| Gross Pay | 1920.00 | 13160.00 |
| Soc Sec | 119.04 | 815.92 |
| Medicare | 27.84 | 190.82 |
| Fed WH | 261.00 | 1523.00 |
| NY WH | 90.70 | 550.30 |
| NYC WH | 56.70 | 349.60 |
| NY SDI | 1.20 | 10.80 |
| Net Pay | 1363.52 | 9719.56 |

---

**A&M PROFESSIONAL SECURITY CONSULTING CORP.**
237 WEST 35TH STREET, SUITE 505
NEW YORK NY 10001-1905

**11972**

### Agbai, Richard

| | |
|---|---|
| Check Date | 09/19/2014 |
| Check Number | 11972 |
| Period Begin | 08/31/2014 |
| Period End | 09/13/2014 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| SS Number | XXX-XX-5756 |
| Status | Single |
| Allowances | 1 |
| Pay Rate | 20.000 |
| OT Rate | 30.000 |

| | |
|---|---|
| Regular Hours | 72.00 |
| OT Hours | 0.00 |
| Regular Pay | 1440.00 |
| OT Pay | 0.00 |

| | |
|---|---|
| Total Ded | 372.06 |

| | CURRENT | YEAR |
|---|---|---|
| Gross Pay | 1440.00 | 11240.00 |
| Soc Sec | 89.28 | 696.88 |
| Medicare | 20.88 | 162.98 |
| Fed WH | 163.00 | 1262.00 |
| NY WH | 59.70 | 459.60 |
| NYC WH | 38.00 | 292.90 |
| NY SDI | 1.20 | 9.60 |
| Net Pay | 1067.94 | 8356.04 |

**A&M PROFESSIONAL SECURITY CONSULTING CORP.**
237 WEST 35TH STREET, SUITE 505
NEW YORK NY 10001-1905

**12873**

### Agbai, Richard

| | |
|---|---|
| Check Date | 10/31/2014 |
| Check Number | 12873 |
| Period Begin | 10/12/2014 |
| Period End | 10/25/2014 |
| Pay Frequency | Biweekly |
| SSN | XXX-XX-5756 |
| Status | Single |
| Allowances | 1 |
| Pay Rate | 20.00 |
| OT Rate | 30.00 |

| | |
|---|---|
| Regular Hours | 78.00 |
| OT Hours | 0.00 |
| Regular Pay | 1560.00 |
| OT Pay | 0.00 |

| Total Ded | 411.64 |
|---|---|

| | CURRENT | YEAR |
|---|---|---|
| Gross Pay | 1560.00 | 16160.00 |
| Soc Sec | 96.72 | 1001.92 |
| Medicare | 22.62 | 234.32 |
| Fed WH | 181.00 | 1867.00 |
| NY WH | 67.50 | 677.50 |
| NYC WH | 42.60 | 430.20 |
| NY SDI | 1.20 | 13.20 |
| Net Pay | 1148.36 | 11935.86 |

---

**A&M PROFESSIONAL SECURITY CONSULTING CORP.**
237 WEST 35TH STREET, SUITE 505
NEW YORK NY 10001-1905

**12775**

### Agbai, Richard

| | |
|---|---|
| Check Date | 10/17/2014 |
| Check Number | 12775 |
| Period Begin | 09/28/2014 |
| Period End | 10/11/2014 |
| Pay Frequency | Biweekly |
| SS Number | XXX-XX-5756 |
| Status | Single |
| Allowances | 1 |
| Pay Rate | 20.000 |
| OT Rate | 30.000 |

| | |
|---|---|
| Regular Hours | 72.00 |
| OT Hours | 0.00 |
| Regular Pay | 1440.00 |
| OT Pay | 0.00 |

| Total Ded | 372.06 |
|---|---|

| | CURRENT | YEAR |
|---|---|---|
| Gross Pay | 1440.00 | 14600.00 |
| Soc Sec | 89.28 | 905.20 |
| Medicare | 20.88 | 211.70 |
| Fed WH | 163.00 | 1686.00 |
| NY WH | 59.70 | 610.00 |
| NYC WH | 38.00 | 387.60 |
| NY SDI | 1.20 | 12.00 |
| Net Pay | 1067.94 | 10787.50 |

## Paystub 13081

**A&M PROFESSIONAL SECURITY CONSULTING CORP.**
237 WEST 35TH STREET, SUITE 505
NEW YORK NY 10001-1905

**13081**

**Agbai, Richard**

| Field | Value |
|---|---|
| Check Date | 11/28/2014 |
| Check Number | 13081 |
| Period Begin | 11/09/2014 |
| Period End | 11/22/2014 |
| Pay Frequency | Biweekly |
| SSN | XXX-XX-5756 |
| Status | Single |
| Allowances | 1 |
| Pay Rate | 20.00 |
| OT Rate | 30.00 |

| | |
|---|---|
| Regular Hours | 80.00 |
| OT Hours | 0.00 |
| Regular Pay | 1600.00 |
| OT Pay | 0.00 |
| Other Inc1 | 80.00 |

Total Ded  453.22

| | CURRENT | YEAR |
|---|---|---|
| Gross Pay | 1680.00 | 19040.00 |
| Soc Sec | 104.16 | 1180.48 |
| Medicare | 24.36 | 276.08 |
| Fed WH | 201.00 | 2195.00 |
| NY WH | 75.20 | 796.90 |
| NYC WH | 47.30 | 506.10 |
| NY SDI | 1.20 | 15.60 |
| Net Pay | 1226.78 | 14069.84 |

REORDER FORM #135LB1 (1 PART)   USE WITH COMPANION ENVELOPE #44-005

## Paystub 12947

**A&M PROFESSIONAL SECURITY CONSULTING CORP.**
237 WEST 35TH STREET, SUITE 505
NEW YORK NY 10001-1905

**12947**

**Agbai, Richard**

| Field | Value |
|---|---|
| Check Date | 11/14/2014 |
| Check Number | 12947 |
| Period Begin | 10/27/2014 |
| Period End | 11/09/2014 |
| Pay Frequency | Biweekly |
| SSN | XXX-XX-5756 |
| Status | Single |
| Allowances | 1 |
| Pay Rate | 20.00 |
| OT Rate | 30.00 |

| | |
|---|---|
| Regular Hours | 60.00 |
| OT Hours | 0.00 |
| Regular Pay | 1200.00 |
| OT Pay | 0.00 |

Total Ded  292.80

| | CURRENT | YEAR |
|---|---|---|
| Gross Pay | 1200.00 | 17360.00 |
| Soc Sec | 74.40 | 1076.32 |
| Medicare | 17.40 | 251.72 |
| Fed WH | 127.00 | 1994.00 |
| NY WH | 44.20 | 721.70 |
| NYC WH | 28.60 | 458.80 |
| NY SDI | 1.20 | 14.40 |
| Net Pay | 907.20 | 12843.06 |

**Agbai, Richard**
**A&M Professional Security**

EMPLOYEE HISTORY
Page 1 of 1

2014 - Year
Prepared: Dec 10, 2014

| Ck Num | Employee Check Date | Gross | Dept Soc Sec | Reg Hrs Medicare | OT Hrs Fed WH | Reg Pay State WH | OT Pay NYC WH | Other Inc1 Child Sup | 401K Plan NY SDI | Bonus Loans etc | Paid Sick Retiremnt | Advance | Net Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11451 | Agbai, Richard 06/13/2014 | 1360.00 | secur 84.32 | 50.00 19.72 | 12.00 151.00 | 1000.00 54.60 | 360.00 34.80 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1014.36 |
| 11536 | Agbai, Richard 06/27/2014 | 1480.00 | secur 91.75 | 74.00 21.46 | 0.00 169.00 | 1480.00 62.30 | 0.00 39.50 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1094.78 |
| 11606 | Agbai, Richard 07/11/2014 | 1440.00 | secur 89.28 | 72.00 20.88 | 0.00 163.00 | 1440.00 59.70 | 0.00 38.00 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1067.94 |
| 11675 | Agbai, Richard 07/25/2014 | 1440.00 | secur 89.28 | 72.00 20.88 | 0.00 163.00 | 1440.00 59.70 | 0.00 38.00 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1067.94 |
| 11753 | Agbai, Richard 08/08/2014 | 1200.00 | secur 74.40 | 60.00 17.40 | 0.00 127.00 | 1200.00 44.20 | 0.00 28.60 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 907.20 |
| 11825 | Agbai, Richard 08/22/2014 | 1440.00 | secur 89.28 | 72.00 20.88 | 0.00 163.00 | 1440.00 59.70 | 0.00 38.00 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1067.94 |
| 11900 | Agbai, Richard 09/05/2014 | 1440.00 | secur 89.28 | 72.00 20.88 | 0.00 163.00 | 1440.00 59.70 | 0.00 38.00 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1067.94 |
| 11972 | Agbai, Richard 09/19/2014 | 1440.00 | secur 89.28 | 72.00 20.88 | 0.00 163.00 | 1440.00 59.70 | 0.00 38.00 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1067.94 |
| 12701 | Agbai, Richard 10/03/2014 | 1920.00 | secur 119.04 | 80.00 27.84 | 0.00 261.00 | 1600.00 90.70 | 0.00 56.70 | 320.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1363.52 |
| 12775 | Agbai, Richard 10/17/2014 | 1440.00 | secur 89.28 | 72.00 20.88 | 0.00 163.00 | 1440.00 59.70 | 0.00 38.00 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1067.94 |
| 12873 | Agbai, Richard 10/31/2014 | 1560.00 | secur 96.72 | 78.00 22.62 | 0.00 181.00 | 1560.00 57.50 | 0.00 42.60 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1148.36 |
| 12947 | Agbai, Richard 11/14/2014 | 1200.00 | secur 74.40 | 60.00 17.40 | 0.00 127.00 | 1200.00 44.20 | 0.00 28.60 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 907.20 |
| 13081 | Agbai, Richard 11/28/2014 | 1680.00 | secur 104.16 | 80.00 24.36 | 0.00 201.00 | 1600.00 75.20 | 0.00 47.30 | 80.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1226.78 |
| 13162 | Agbai, Richard 12/12/2014 | 1560.00 | secur 96.72 | 60.00 22.62 | 12.00 181.00 | 1200.00 67.50 | 360.00 42.60 | 0.00 0.00 | 0.00 1.20 | 0.00 0.00 | 0.00 0.00 | 0.00 | 1148.36 |
| 2014 - Year TOTALS | | Gross 20600.00 | Soc Sec 1277.20 | Medicare 298.70 | Fed WH 2376.00 | State WH 864.40 | NYC WH 548.70 | Child Sup 0.00 | NY SDI 16.80 | Loans etc 0.00 | Retiremnt 0.00 | Advance 0.00 | Net Pay 15218.20 |
| | | | Dept SECUR | Reg Hrs 974.00 | OT Hrs 24.00 | Reg Pay 19480.00 | OT Pay 720.00 | Other Inc1 400.00 | 401K Plan 0.00 | Bonus 0.00 | Paid Sick 0.00 | | |