# Notice Recipients

District/Off: 0207−1                      User: admin                          Date Created: 04/09/2015
Case: 1−14−46520−nhl                      Form ID: 262                         Total: 23


**Recipients of Notice of Electronic Filing:**
tr          Lori Lapin Jones          ljones@jonespllc.com
aty         Charles W Juntikka, Esq          ymiyasaka@cjalaw.com

                                                                              TOTAL: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Richard Agbai      1191 Bushwick Avenue          Brooklyn, NY 11221
smg         NYS Department of Taxation & Finance          Bankruptcy Unit          PO Box 5300          Albany, NY 12205
smg         NYC Department of Finance          345 Adams Street, 3rd Floor          Attn: Legal Affairs − Devora
            Cohn          Brooklyn, NY 11201
smg         NYS Unemployment Insurance          Attn: Insolvency Unit          Bldg. #12, Room 256          Albany, NY 12240
smg         Office of the United States Trustee          Eastern District of NY (Brooklyn Office)          U.S. Federal Office
            Building          201 Varick Street, Suite 1006          New York, NY 10014
8483163     1st Crd Srvc          One Woodbridge Cen          Woodbridge, NJ 07095
8483164     BMW Financial Services          P.O. Box 3608          Dublin, OH 43016−0306
8485210     BMW Financial Services NA, LLC          Ascension Capital Group          P.O. Box 201347          Arlington, TX
            76006
8483165     Capital One, Bankruptcy Dept.          P.O. Box 30285          Salt Lake City, UT 84130−0285
8483166     Comenity Bank          P.O. Box 182125          Columbus, OH 43218
8483167     Credit One Bank          P.O. Box 98873          Las Vegas, NV 89193
8483168     Edfinancial          P.O. Box 36014          Knoxville, TN 37930−6014
8483169     Express−Comenity Bank          P. O. Box 1182125          Columbus, OH 43218−2125
8483170     Fnb Omaha          1620 Dodge Street          Omaha, NE 68197
8483171     Gap−Synchrony Bank          Attn: Bankruptcy Dept          P.O. Box 965060          Orlando, Fl 3286−5060
8483172     Hsbc Nv          1111 N. Town Center Drive          Las Vegas, NV 89144−6364
8483173     Macy's Bankruptcy          9111 Duke Blvd.          Mason, Ohio 45040
8483174     Municipal Credit Union          Collection Department          22 Cortlandt Street          New York, NY 10007
8483175     Roadloans.Com          Attn: Bankruptcy          5201 Rufe Snow Dr          Ste 400          North Richland Hills, TX
            76180
8483176     Synchrony Bank          Attn: Bankruptcy Dept.          P.O. Box 965060          Orlando, FL 32896−5060
8483177     U.S. Department of Education          Bankrutpcy Litigation Support          50 Beale Street−Suite 8626          San
            Francisco, CA 94105

                                                                              TOTAL: 21